No. 104. MORGAN'S LOUISIANA AND TEXAS RAILROAD AND STEAMSHIP COMPANY AND YAZOO AND MISSISSIPPI VALLEY RAILROAD COMPANY *v.* F. A. COCKE. Certiorari to the Circuit Court of Appeals for the Fifth Circuit. Argued January 10, 1927. Decided January 17, 1927. *Per Curiam.* Reversed on the authority of *Phillips Co.* v. *Grand Trunk Western Ry. Co.*, 236 U. S. 662; *Kansas City Southern Ry. Co.* v. *Wolf*, 261 U. S. 133; *Fullerton-Krueger Lumber Co.* v. *Northern Pacific Ry. Co.*, 266 U. S. 435; *William Danzer and Co.* v. *Gulf and Ship Island R. R. Co.*, 268 U. S. 633. *Messrs. Harry McCall* and *Charles N. Burch,* with whom *Messrs. H. D. Minor* and *Victor Leovy* were on the brief, for petitioners. *Mr. Frederick H. Lotterhos,* with whom *Mr. George Butler* was on the brief, for respondent.

---

No. 644. BYRON DUNN AND ROBERT DUNN *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued January 10, 1927. Decided January 17, 1927. *Per Curiam.* Writ of error dismissed for want of a substantial Federal constitutional question on the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power and Light Co.*, v. *Town of Graham*, 263 U. S. 193, 195; *Seaboard Air Line* v. *Padgett*, 236 U. S. 668, 671. Application for certiorari also denied. *Mr. M. G. Adams,* with whom *Mr. C. W. Howth* was on the brief, for plaintiffs in error. *Messrs. Percy Saint, E. R. Schowalter,* and *John J. Robira* were on the brief for defendant in error.